# Civil
# Case Assignment

Case number **2:10-CV-64**

Assigned : Judge David L. Bunning
Judge Code : 4315

Assigned on 03/26/2010

[Request New Judge] ....