**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 10-64-DLB-CJS**

**SAM GRIPPA**                                                                                                          **PLAINTIFF**

vs.                                                         <u>**ORDER**</u>

**ST. ELIZABETH MEDICAL CENTER, INC.**                                            **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defense counsel having advised the Court that the parties have reached an amicable settlement of this matter, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   The Jury Trial scheduled for October 1, 2012 is hereby **VACATED**; and

(2)   The parties shall **file** an Agreed Order of Dismissal **on or before September 21, 2012**.

This 14th day of September, 2012.



Signed By:
<u>David L. Bunning</u>   DB
United States District Judge

G:\DATA\ORDERS\Cov10\10-64 Order for Agreed Order of Dismissal and vacating jury trial.wpd