UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CASE NO. 2:10-CV-00064-DLB

| | | |
|---|---|---|
| SAM GRIPPA, | : | |
| PLAINTIFF | : | |
| vs. | : | |
| | : | **AGREED ORDER** |
| SAINT ELIZABETH | : | **OF DISMISSAL** |
| MEDICAL CENTER, INC., *et al.,* | : | _____ |
| DEFENDANTS | : | |

The parties having agreed, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that all claims asserted herein against Defendant, St. Elizabeth Medical Center, Inc., are hereby dismissed with prejudice, with each party to bear their own costs.

Dated this _____ day of _____, 2012.

_____
Hon. David L. Bunning
United States District Judge

**Have seen and agreed:**

/s/Kelly A. Schoening____
Robert M. Hoffer (#32410)
Kelly Schoening  (#86745)
Dressman Benzinger LaVelle psc
207 Thomas More Park
Crestview Hills, KY  41017

<u>/s/Elizabeth S. Loring</u>
Randolph H. Freking
Elizabeth S. Loring
Freking & Betz, LLC
525 Vine Street, 6th Floor
Cincinnati, Ohio 45202

347871v1
9/19/2012