UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CASE NO. 2:10-CV-00064-DLB

Eastern District of Kentucky
FILED
SEP 20 2012
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

SAM GRIPPA,

    PLAINTIFF

vs.

SAINT ELIZABETH
MEDICAL CENTER, INC., *et al.*,

    DEFENDANTS

**AGREED ORDER
OF DISMISSAL**

The parties having agreed, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that all claims asserted herein against Defendant, St. Elizabeth Medical Center, Inc., are hereby dismissed with prejudice, with each party to bear their own costs.

Dated this 20th day of September 2012.

Signed By:
David L. Bunning
United States District Judge

Hon. David L. Bunning
United States District Judge

**Have seen and agreed:**

/s/Kelly A. Schoening
Robert M. Hoffer (#32410)
Kelly Schoening (#86745)
Dressman Benzinger LaVelle psc
207 Thomas More Park
Crestview Hills, KY 41017

/s/Elizabeth S. Loring
Randolph H. Freking
Elizabeth S. Loring
Freking & Betz, LLC
525 Vine Street, 6th Floor
Cincinnati, Ohio 45202

347871v1
9/19/2012